**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**John Richard BAUER, Defendant—**
**Appellant.**

**No. 02–30156.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 14, 2003.*

Decided Oct. 20, 2003.

Lori Harper Suek, Esq., Office of the U.S. Attorney, Great Falls, MT, for Plaintiff-Appellee.

Dean D. Chisholm, Columbia Falls, MT, for Defendant–Appellant.

Before: WARDLAW, BERZON and CLIFTON, Circuit Judges.

MEMORANDUM **

John Richard Bauer appeals his guilty-plea conviction and 40–month sentence for conspiracy to distribute methamphetamine, in violation of 21 U.S.C. § 846. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Bauer's counsel has filed a brief stating that he finds no meritorious issues for review, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no arguable issues for review on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.